No. 75–1631. KIRKLAND ET AL. *v.* NEW YORK STATE DE-PARTMENT OF CORRECTIONAL SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–1633. TURK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1634. BLAKE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 75–1636. UNGAR ET AL. *v.* DUNKIN' DONUTS OF AMERICA, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 75–1637. WADE *v.* HENKENBERNS ET AL. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 75–1639. STEPPING STONE ENTERPRISES ET AL. *v.* ANDREWS ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–1640. NATIONAL DYNAMICS CORP. ET AL. *v.* FED-ERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 75–1641. WOODLAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1645. DAVIS *v.* MARATHON OIL Co. C. A. 6th Cir. Certiorari denied.

No. 75–1646. SOCIEDAD CIVIL AGRICOLA E INDUSTRIAL HEIRS OF J. SERRALLES *v.* PUERTO RICO. Sup. Ct. P. R. Cer-tiorari denied.

No. 75–1650. MR. STEAK, INC., ET AL. *v.* HELLERSTEIN. C. A. 10th Cir. Certiorari denied.

No. 75–1651. MATHESON, EXECUTOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.